## No. 13,359.

BIJOU IRRIGATION DISTRICT *v.* HINDERLIDER, STATE ENGINEER ET AL.

(43 P. [2d] 172)

Decided April 1, 1935.

428

Messrs. LEE, SHAW & McCREERY, Mr. STOTON R. STEPHENSON, for plaintiff in error.

Messrs. SMITH, BROCK, AKOLT & CAMPBELL, Mr. PAUL P. PROSSER, Attorney General, Mr. NORRIS C. BAKKE, Deputy, for defendants in error.

*En Banc.*

MR. JUSTICE BOUCK delivered the opinion of the court.

THIS case in its facts and law is closely parallel with, and is ruled by, case No. 13,358, *Riverside Reservoir and Land Company v. Hinderlider,* just decided, 96 Colo. 425, 43 P. (2d) 171. The Bijou Irrigation District as plaintiff in error in No. 13,359 filed a separate record and separate assignments of error; but the case was briefed and orally argued jointly with No. 13,358 upon a common abstract of the record.

Judgment affirmed.